# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR 11-01831-03-TUC-RCC [BPV] |
| Plaintiff, ) | |
| ) | **O R D E R** |
| v. ) | |
| ) | |
| Marcos Nunez-Gonzalez, ) | |
| ) | |
| Defendant. ) | |

This matter was referred to the U.S. Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice of this Court for an evidentiary hearing and a Report and Recommendation on Defendant Marcos Nunez-Gonzalez' Motion To Suppress. Before the Court is Magistrate Judge Velasco's Report and Recommendation. The Magistrate Judge recommends to the Court that the Motion To Suppress should be DENIED. Accordingly, after conducting a *de novo* review of the record;

**IT IS ORDERED** that the Court **ADOPTS** the Report and Recommendation *[Doc 111]* in its entirety. **IT IS FURTHER ORDERED** that Defendant's Motion To Suppress *[Doc 84 & 100]* is **DENIED**.

DATED this 28th day of April, 2014.

_____
Raner C. Collins
Chief United States District Judge